# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SIDESOLVE LLC, *Plaintiff-Relator*, | **CIVIL ACTION** |
| v. | No. 24-cv-03407 |
| TALARIA TRANSPORTATION LLC, *Defendant*. | **FILED UNDER SEAL** |

## ORDER

**AND NOW**, on this 28th day of September 2026, upon consideration of the *United States of America's Notice of Intervention for Purposes of Settlemen*t, (ECF 24), it is hereby **ORDERED** that:

1. This matter is **STAYED** until September 30, 2027, pending the filing of the stipulated notice of dismissal referenced in the Notice of Intervention. If the United States and Relator Sidesolve LLC have not filed a stipulated notice of dismissal by August 27, 2027, they shall file a status report with the Court on that date.

2. The following documents shall be unsealed at this time:

   a. The United States' Notice of Intervention;

   b. Relator's complaint;

   c. This order; and

   d. All documents filed after the United States' Notice of Intervention.

3. All other papers or orders on file in this matter as of the date of this Order shall remain under seal.

**BY THE COURT:**
/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*